EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte:<br><br>Olga Olivieri Sánchez | 2010 TSPR 114<br><br>179 DPR \_\_\_\_ |
| --- | --- |

Número del Caso: TS-3040


Fecha: 6 de julio de 2010


Abogado de la Parte Peticionaria:

            Por derecho Propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Olga Olivieri Sánchez                    3040


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN


San Juan, Puerto Rico, a 6 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Olga Olivieri Sánchez, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo